1044

■■■■■■■■■

[No. 40630-2-I.    Division One.    July 6, 1998.]

PEMCO MUTUAL INSURANCE COMPANY, *Respondent*, v. JAMES
W. UTTERBACK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-23126-5, Deborah Fleck, J., entered
November 4, 1996. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Kennedy, C.J., and Becker, J. Now
published at 91 Wn. App. 764.

[No. 40744-9-I.    Division One.    July 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEREK
PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00014-7, Faith Ireland, J., entered April
28, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J.,
concurred in by Webster and Ellington, JJ. Now published
at 92 Wn. App. 1.

[No. 16341-5-III.    Division Three.    July 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S.
VACCARO, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 96-1-00062-2, Yancey Reser, J., entered
December 23, 1996. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 16785-2-III.    Division Three.    July 7, 1998.]

JEAN M. GONZALES, *Appellant*, v. PACIFIC COAST
TECHNOLOGIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 96-2-00091-9, John E. Bridges, J., entered July
2, 1997. *Affirmed* by unpublished opinion per Brown, J.,
concurred in by Schultheis, C.J., and Kato, J.